UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARC BEGININ,
    Plaintiff

 -vs-                                          Case No. 2:16-CV-11933
                                                 Hon. Gershwin A. Drain
                                                 Magistrate Judge: Stephanie Dawkins Davis

EQUIFAX INFORMATION SERVICES, LLC
    Defendant

## **STIPULATED ORDER OF DISMISSAL**

Having been advised by the stipulation of the parties below, it is ordered that the claims against Equifax Information Services, LLC are dismissed with prejudice and without costs, sanctions, or attorney fees to any party.

The court retains jurisdiction for purposes of enforcing the settlement in this matter.

So ordered.

                                                          /s/Gershwin A Drain
                                                          Honorable Gershwin A. Drain

Stipulated To By:

| s/ Kendall Carter | s/ Priya Bali |
|---|---|
| Kendall Carter | Priya Bali |
| King & Spalding LLC | LYNGKLIP & ASSOCIATES |
| Attorney for Equifax | CONSUMER LAW CENTER, PLC |
| 1180 Peachtree Street, NE | Attorney for Marc Beginin |
| Atlanta, GA 30309 | 24500 Northwestern Highway, Ste. 206 |
| (404) 572-2495 | Southfield, MI 48075 |
| kcarter@kslaw.com | (248) 208-8864 |
| | Priya@MichiganConsumerLaw.Com |

1